Bliss v Henry Schein, Inc. (2025 NY Slip Op 03412)

Bliss v Henry Schein, Inc.

2025 NY Slip Op 03412

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., MONTOUR, SMITH, DELCONTE, AND HANNAH, JJ.

179 CA 23-02138

[*1]PETER T. BLISS AND ANDREA BLISS, PLAINTIFFS-RESPONDENTS,
v
HENRY SCHEIN, INC., DEFENDANT, AND MIDMARK CORPORATION, DEFENDANT-APPELLANT. (APPEAL NO. 1.) 

COSTELLO, COONEY & FEARON, PLLC, SYRACUSE (CHRISTOPHER M. MILITELLO OF COUNSEL), FOR DEFENDANT-APPELLANT.
KILEY, KILEY & KILEY, PLLC, LAKE SUCCESS (JAMES D. KILEY OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Cattaraugus County (Terrence M. Parker, A.J.), entered November 9, 2023. The order, insofar as appealed from, denied the motion of defendant Midmark Corporation for summary judgment dismissing the complaint against it. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 4, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court